Order issued November 19 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01495-CR

**JONATHAN BRUCE REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

# ORDER

The Court **REINSTATES** this appeal.

On October 22, 2012, we ordered the trial court to make findings regarding the documents filed in this appeal. We **ADOPT** the findings that: (1) the October 10, 2012 supplemental clerk's record contains previously missing documents, (2) counsel for appellant stipulates the October 10, 2012 supplemental record contains the previously missing documents, and (3) the appellate record is now complete and adequate to permit the appeal to proceed.

We **ORDER** Robert Owen to file appellant's brief within **THIRTY DAYS** of the date of this order.

_____

LANA MYERS
JUSTICE